Dorothy COMNINELLIS,
Petitioner-Appellant,

v.

George COMNINELLIS,
Respondent-Appellant.

Nos. WD 32527, WD 32528.

Missouri Court of Appeals,
Western District.

May 4, 1982.

Larry O. Denny, Kansas City, for petitioner-appellant Dorothy Comninellis.

Vincent F. Igoe, Hale, Kincaid, Waters & Allen, Liberty, for respondent-appellant George Comninellis.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Cross appeals involving division of property, child custody, child support and attorney fees following decree dissolving marriage.

Judgment affirmed. Rule 84.16(b).